# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2010

Marilyn Kelly,
Chief Justice

139811-2

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

DALLAS M. BURTON, JR.,
        Plaintiff-Appellant,

v

MICHAEL D. ELKINS and ELKINS &
ASSOCIATES,
        Defendants-Appellees.

SC: 139811-2
COA: 283807; 284969
Oakland CC: 2003-054646-CK

_____/

      On order of the Court, the application for leave to appeal the August 4, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2010

Clerk

d0125